IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY E. GLOVER, )
)
individually and on behalf )
of other similarly situated )
former and current )
homeowners in Pennsylvania, )
)
) CIVIL NO. 08-990
Plaintiffs, )
)
v. )
)
MARK J. UDREN, UDREN LAW )
OFFICES, P.C., WELLS FARGO )
HOME MORTGAGE, GOLDMAN SACHS )
MORTGAGE COMPANY )
)
Defendants. )

O R D E R

AND NOW, this 14th day of Feb., 2011, after the plaintiff filed an action in the above-captioned case, and after a motion to dismiss was submitted by defendant Wells Fargo Home Mortgage, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to those objections filed by defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report

and Recommendation (Docket No. 166), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss (Docket No. 129) is GRANTED in part and DENIED in part.

*[signature]*
United States District Judge