| | |
|---|---|
| MARY E. GLOVER, | ) |
| | ) |
| individually and on behalf | ) |
| of other similarly situated | ) |
| former and current | ) |
| homeowners in Pennsylvania, | ) |
| | ) |
| | ) CIVIL NO. 08-990 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK J. UDREN, UDREN LAW | ) |
| OFFICES, P.C., WELLS FARGO | ) |
| HOME MORTGAGE, GOLDMAN SACHS | ) |
| MORTGAGE COMPANY | ) |
| | ) |
| Defendants. | ) |

## O R D E R

AND NOW, this $\mathcal{20}^{th}$ day of April, 2011, after the plaintiff filed an action in the above-captioned case, and after a motion to certify two questions to the United States Court of Appeals for the Third Circuit was submitted by plaintiff Mary Glover, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed thereto, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation

(Docket No. 216), which is adopted as the opinion of this Court,

IT IS ORDERED that Plaintiff's motion to certify two questions to the United States Court of Appeals for the Third Circuit (Docket No. 203) is DENIED.

*Sanetta F. Andrase*

United States District Judge