IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY E. GLOVER,

individually and on behalf
of other similarly situated
former and current
homeowners in Pennsylvania,

           Plaintiffs,

v.

MARK J. UDREN, UDREN LAW
OFFICES, P.C., WELLS FARGO
HOME MORTGAGE, GOLDMAN SACHS
MORTGAGE COMPANY

           Defendants.

CIVIL NO. 08-990

O R D E R

AND NOW, this 1st day of Aug., 2011, after the plaintiff filed an action in the above-captioned case, and after a motion to certify three questions to the United States Court of Appeals for the Third Circuit was submitted by plaintiff Mary Glover, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed thereto, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No.

252), which is adopted as the opinion of this Court,

IT IS ORDERED that Plaintiff's motion to certify three questions to the United States Court of Appeals for the Third Circuit (Docket No. 226) is DENIED.

*Donetta W. Ambrose*

United States District Judge