IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY E. GLOVER, )
)
individually and on behalf )
of other similarly situated )
former and current )
homeowners in Pennsylvania, )
)
) CIVIL NO. 08-990
Plaintiffs, )
)
v. )
)
MARK J. UDREN, UDREN LAW )
OFFICES, P.C., WELLS FARGO )
HOME MORTGAGE, GOLDMAN SACHS )
MORTGAGE COMPANY )
)
Defendants. )

O R D E R

AND NOW, this 25th day of April, 2012, after the plaintiff, Mary Glover, filed an action in the above-captioned case, and after a Motion for Section 1292(b) Certification to the Court of Appeals for the Third Circuit was submitted by plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and, upon consideration of the objections filed by plaintiff, the response to those objections filed by defendants, and the reply to the response filed by the plaintiff, and upon

independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 439), which is adopted as the opinion of this Court,

IT IS ORDERED that Plaintiff's Motion for Section 1292(b) Certification (Docket No. 428) is DENIED.

*[signature]*
United States District Judge