IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. GLOVER, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania,<br><br>Plaintiffs,<br><br>v.<br><br>MARK J. UDREN, UDREN LAW OFFICES, P.C., WELLS FARGO HOME MORTGAGE, GOLDMAN SACHS MORTGAGE COMPANY<br><br>Defendants. | Civil No. 08-990 |

## ORDER

AND NOW, this 18th day of June, 2013, after Plaintiff filed a Motion to Amend this Court's Order Pursuant to 28 U.S.C. § 1292(b) to Certify Two Controlling Questions of Law to the [Court of Appeals for the] Third Circuit [ECF No. 569], and after a Report and Recommendation [ECF No. 584] was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and after plaintiff filed objections [ECF No. 586], and defendants, Wells Fargo Home Mortgage and Goldman Sachs Mortgage Company filed their respective responses [ECF No. 591, 592], and upon independent review of the Motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation [ECF No. 584], which is adopted as the Opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Objections [ECF No. 586] are OVERRULED as not arbitrary or contrary to law.

Donetta W. Ambrose
United States District Judge