IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY E. GLOVER,
individually and on behalf
of other similarly situated
former and current
homeowners in Pennsylvania,

Plaintiffs,

v.

MARK J. UDREN, UDREN LAW
OFFICES, P.C., WELLS FARGO
HOME MORTGAGE, GOLDMAN SACHS
MORTGAGE COMPANY

Defendants.

Civil No. 08-990

## ORDER

AND NOW, this 18th day of June, 2013, after Plaintiff filed a Motion to Amend this Court's Order Pursuant to 28 U.S.C. § 1292(b) to Certify Two Controlling Questions of Law to the [Court of Appeals for the] Third Circuit [ECF No. 569], and after a Report and Recommendation [ECF No. 584] was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and after plaintiff filed objections [ECF No. 586], and defendants, Wells Fargo Home Mortgage and Goldman Sachs Mortgage Company filed their respective responses [ECF No. 591, 592], and upon independent review of the Motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation [ECF No. 584], which is adopted as the Opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Objections [ECF No. 586] are OVERRULED as not arbitrary or contrary to law.

Donetta W. Ambrose
United States District Judge