IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. GLOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08-990 |
| v. | ) |
| | ) District Judge Donetta W. Ambrose/ |
| MARK J. UDREN, UDREN LAW | ) Magistrate Judge Robert C. Mitchell |
| OFFICES, P.C., WELLS FARGO | ) |
| HOME MORTGAGE, GOLDMAN | ) |
| SACHS MORTGAGE COMPANY | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

DONETTA W. AMBROSE, United States Senior District Judge.

AND NOW, this 25th day of November, 2014, after Defendant Wells Fargo's motion for summary judgment has been granted,

IT IS ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Defendant Wells Fargo and against the Plaintiff Mary E. Glover. The Clerk is ORDERED to mark this CASE CLOSED.

*Donetta F. Ambrose*
The Honorable Donetta W. Ambrose
United States Senior District Judge

cc: All attorneys of record via CM-ECF

1