IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. GLOVER,<br>     Plaintiff,<br><br>     v.<br><br>MARK J. UDREN, UDREN LAW<br>OFFICES, P.C., WELLS FARGO<br>HOME MORTGAGE, GOLDMAN<br>SACHS MORTGAGE COMPANY<br>     Defendants. | Civil No. 08-990<br><br>District Judge Donetta W. Ambrose/<br>Magistrate Judge Robert C. Mitchell |

**ORDER**

DONETTA W. AMBROSE, United States Senior District Judge.

AND NOW, this 8th day of December, 2014, after Plaintiff having filed Objections to the Response/Briefing Schedule [ECF No. 741], the following ORDER is entered:

Plaintiff having filed a Motion to Vacate the Order on Report and Recommendations, Order on Motion to Strike, Rule 58 Judgment [ECF No. 739] and a Motion to Amend/Correct the Record [ECF No. 740], and because the motion is improperly filed pursuant to Federal Rule of Civil Procedure 59(a)(2) involving further action after a nonjury trial and no such trial having been held in the instant matter, the Court will construe said motion pursuant to Federal Rule of Civil Procedure 59(e) as a Motion to Alter or Amend a Judgment.

IT IS FURTHER ORDERED that Plaintiff's objections to the Response/Briefing Schedule are overruled, as Federal Rule of Appellate Procedure 4(a)(4) stays the time to file an appeal until after the entry of the order disposing of a motion pursuant to Federal Rule of Civil Procedure 59. The Response/Briefing Schedule shall remain in effect.

*/s/ Donetta W. Ambrose*
The Honorable Donetta W. Ambrose
United States Senior District Judge

cc:    All attorneys of record via CM-ECF