UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary E. Glover, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Home Mortgage, Goldman Sachs Mortgage Company, Mark J. Udren, Udren Law Offices, P.C.,<br><br>Defendants. | Civil Action #2:08-cv-00990-DWA-RCM |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Mary E. Glover, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania, in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from:

(1) the Order granting and denying in part the Motion to Dismiss (see Document 199) of Defendant, Wells Fargo Home Mortgage, entered in this action the 14th day of February, 2011;

(2) the Order granting and denying in part the Motion to Dismiss (see Documents 213) of Defendant, Goldman Sachs Mortgage Company, entered in this action the 29th day of March, 2011;

(3) the Order appointing a Special Master (see Document 410) entered in this action on the 9th day of November, 2011;

(4) the Order denying Ms. Glover's Motion to Enforce the Fed.R.Civ.P. 54(b) Stipulation with Defendants, Mark J. Udren and the Udren Law Offices, P.C. (see Document 523) entered in this action on the 19th day of December, 2012;

(5) the Order denying Motion to Certify a Limited Class (see Document 562) entered in the action on the 5th day of March, 2013;

(6) the Order granting the Motion for Summary Judgment of Defendant, Goldman Sachs Mortgage Company (see Document 565) entered in this action on the 5th day of March, 2013;

(7) the Memorandum Order denying Class Certification (see Document 624) entered in this action on the 3rd day of December, 2013; and,

(8) the Memorandum Orders granting the Motion for Summary Judgment of Defendant, Wells Fargo Home Mortgage (see Documents 728, 737) entered in this action on the 2nd day of September, 2014 and 25th day of November, 2014.

Thus, this appeal is taken from interlocutory and final judgments entered with respect to Defendants, Goldman Sachs Mortgage Company, Mark J. Udren, the Udren Law Offices and Wells Fargo Home Mortgages.  As such, this appeal is ultimately taken from the final November 25, 2014 Memorandum Order at Document 737.

    Respectfully Submitted,
MICHAEL P. MALAKOFF, P.C.
/s/Michael P. Malakoff
Michael P. Malakoff, Esquire
Pennsylvania Attorney I.D. #11048
Ralph N. Feldman, Esquire
Pennsylvania Attorney I.D. #207507
Suite 200, the Frick Building
Pittsburgh, PA 15219
Telephone: (412) 281-4217
Facsimile:  (412) 281-3262
malakoff@mpmalakoff.com

*Attorneys for Plaintiff, Mary Glover, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on the **23rd** day of **December**, **2014**, a true and correct copy of the foregoing **Notice of Appeal** was served upon the following parties of interest via the Court's Electronic Filing System:

Perry A. Napolitano, Esquire
K. Issac DeVyver, Esquire
James L. Rockney, Esquire
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222

R. Bruce Allensworth, Esquire
Ryan M. Tosi, Esquire
K&L Gates
One Lincoln Street
Boston, MA 02111

Thomas E. Birsic, Esquire
Emily B. Thomas, Esquire
Thomas J. Smith, Esquire
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613

Jonathan J. Bart, Esquire
Wilentz Goldman & Spitzer, P.A.
Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102

Mark A. Willard, Esquire
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

/s/Michael P. Malakoff
Michael P. Malakoff, Esquire