IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY E. GLOVER, )
)
   Individually and on behalf )
   of other similarly situated )
   former and current )
   homeowners in Pennsylvania, )
)
          Plaintiffs, )  CIVIL ACTION NO.
)   2:08-cv-00990 DWA/RCM
      v. )
)
MARK J. UDREN, UDREN LAW )
OFFICES, P.C., WELLS FARGO HOME )
MORTGAGE, GOLDMAN SACHS )
MORTGAGE COMPANY, )
)
          Defendants. )

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Joseph Decker as co-counsel of record for the Plaintiff Mary E. Glover in the above-captioned matter.

          Respectfully submitted,

          BABST, CALLAND, CLEMENTS and ZOMNIR, P.C.

Dated: January 13, 2015    By:   *s/Joseph Decker*
          Joseph Decker, Esquire (PA I.D. 61684)
          Two Gateway Center, 6th Floor
          Pittsburgh, PA 15222
          Telephone: (412) 394-5400
          Facsimile: (412) 394-6576

{B1886076.1}

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Local Rule 5.5 of the United States District Court for the Western District of Pennsylvania, the foregoing has been served by electronic means through the Court's transmission facilities on the following counsel of record:

Michael P. Malakoff, Esquire
Michael P. Malakoff, PC
437 Grant Street
Suite 200, The Frick Building
Pittsburgh, PA  15219-6012

K. Issac deVyver, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Jonathan Bart, Esquire
Wilentz Goldman & Spitzer, P.A.
Two Penn Center Plaza
Suite 910
Philadelphia, PA  19102

Thomas E. Birsic, Esquire
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222-2613

Dated:  January 13, 2015            *s/Joseph Decker*